# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GAMBLIN,<br><br>  Plaintiff,<br><br>  v.<br><br>MCDONALD'S CORPORATION,<br><br>  Defendant. | Case No. 1:17-cv-01517-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 14) |

On January 3, 2019, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 14). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

  Dated: **January 7, 2019**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1